## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-3895-GW-JPRx | Date | September 20, 2021 |
|---|---|---|---|
| Title | *Guri Gonzalez v. Wutech California, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 17, 2021, Plaintiff Guri Gonzalez filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for October 21, 2021 at 8:30 a.m. The hearing will be vacated and an appearance will not be required provided a dismissal is filed by noon on October 20, 2021.

                                                                                                                    :
Initials of Preparer    JG